KM

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randale Joseph Thomas,<br>Plaintiff,<br>v.<br>Jerry Sheridan,<br>Defendant. | No. CV-26-03347-PHX-JAT (JZB)<br>**ORDER** |

Self-represented Plaintiff Randale Joseph Thomas filed a civil rights Complaint pursuant to 42 U.S.C. § 1983, an Application to Proceed In Forma Pauperis (Doc. 2), and an Amended Complaint (Doc. 5). Pending before the Court is Plaintiff's "Motion to Strike Complaint and Motion to Dismiss Case without Prejudice" (Doc. 6), in which Plaintiff asks the Court to strike the Complaint and dismiss this case without prejudice.

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides in part that a party may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41(a)(1)(B) provides in relevant part that "[u]nless the notice . . . states otherwise, the dismissal is without prejudice." Defendants have not been served. Accordingly, the Court will grant Plaintiff's Motion to Dismiss and will deny Plaintiff's motion to strike the Complaint as unnecessary in light of the Court's dismissal of this case. The Court will also deny as moot the Application to Proceed In Forma Pauperis.

. . . .

**IT IS ORDERED:**

(1) Plaintiff's Application to Proceed In Forma Pauperis (Doc. 2) is **denied as moot**.

(2) Plaintiff's "Motion to Strike Complaint and Motion to Dismiss Case" (Doc. 6) is **granted in part** with respect to Plaintiff's Motion to Dismiss this case; the Motion is **denied in part** with respect to Plaintiff's request to strike the Complaint.

(3) This case is **dismissed** without prejudice. The Clerk of Court must close the case and enter judgment.

Dated this 5th day of November, 2026.

James A. Teilborg
Senior United States District Judge